IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINALD FULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV253 |
| | ) | |
| MS. PERRY, | ) | |
| | ) | |
| Defendant(s). | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 16, 2020, was served on the parties in this action. Plaintiff filed a document which has been construed as objections to the recommendation. (*See* ECF No. 10.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.[1]

Plaintiff has also filed a letter application to proceed *in forma pauperis*. (ECF No. 11.) The Court will deny this request as moot at this time.

IT IS THEREFORE ORDERED that Plaintiff's document entitled, "Petition for Stay for Cause Cited Doc. 2 Filed 3/31/20 etc. (Prejudice Nature)," construed as a motion for reconsideration under Rule 60(b), (ECF No. 7), is DENIED.

---

[1] The Court will, however, order the Clerk to send Plaintiff a copy of his original filing which was treated as the Complaint in this matter. (*See* ECF No. 1.)

1

IT IS FURTHER ORDERED that Plaintiff's letter application to proceed *in forma pauperis,* (ECF No. 11), is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall send Plaintiff a copy of his original filing, which was treated as the Complaint in this matter, (ECF No. 1), along with this Order.

This, the 12th day of January 2021.

/s/ Loretta C. Biggs
United States District Judge